129 F.3d 1255
 Paul P., Laura L., Quincy Q., Ronald R., Steven S., Sally S.
as Representatives of a Class Pursuant to
Fed.R.Civ.P.23 (a), 23 (b) (2)
v.
Peter Verniero, Attorney General of New Jersey, Jeffrey S.
Blitz, Atlantic County Prosecutor, William Schmidt, Bergen
County Prosecutor, Stephen G. Raymond, Burlington County
Prosecutor, Lee A. Solomon, Acting Camden County Prosecutor,
Stephen D. Moore, Cape May County Prosecutor, Arthur
Marchand, Cumberland County
 NO. 97-5544
 United States Court of Appeals,
Third Circuit.
 Sept 17, 1997
 Appeal From: D.N.J. ,No.97cv02919
 
 1
 Appeal Consolidated.